IN THE COMMONWEALTH COURT OF PENNSYLVANIA

City of Farrell, :
        Appellant :
         :
        v. : No. 1623 C.D. 2017
         :
Wesex Corporation :

## **O R D E R**

NOW, August 14, 2018, having considered appellant's application for reargument and appellee's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge